# **EXHIBIT 6**

