

**EXHIBIT 7**