# **EXHIBIT 10**

