# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-814-120

Effective date of registration:

February 29, 2012

---

### Title
- **Title of Work:** Polly Pig Floral Fleece Pattern

### Completion/Publication
- **Year of Completion:** 2007
- **Date of 1st Publication:** October 31, 2007
- **Nation of 1st Publication:** United States

### Author
- **Author:** VIP Products L.L.C.
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** VIP Products L.L.C.
  16515 S 40TH ST STE 121, Phoenix, AZ, 85048, United States

### Rights and Permissions
- **Organization Name:** Cahill Glazer PLC
- **Name:** Marvin A. Glazer
- **Email:** mglazer@cvglaw.com
- **Telephone:** 602-956-7000
- **Address:** 2141 E. Highland Ave.
  Suite 155
  Phoenix, AZ 85016-4762  United States

### Certification
- **Name:** Marvin A. Glazer
- **Date:** February 6, 2012
- **Applicant's Tracking Number:** 6875-CR-14

Page 1 of 1

**Registration #:** VA0001814120
**Service Request #:** 1-721423304



Cahill Glazer PLC
Marvin A. Glazer
2141 E. Highland Ave.
Suite 155
Phoenix, AZ 85016-4762   United States