# Certificate of Registration

**EXHIBIT 16**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-847-904**

Effective date of registration:

March 28, 2012

## Title
- **Title of Work:** Red Paw Print Fleece Pattern

## Completion/Publication
- **Year of Completion:** 2004
- **Date of 1st Publication:** July 31, 2004
- **Nation of 1st Publication:** United States

## Author
- **Author:** VIP Products L.L.C.
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** VIP Products L.L.C.
  16515 S. 40th St., Suite 121, Phoenix, AZ, 85048, United States

## Rights and Permissions
- **Organization Name:** Cahill Glazer PLC
- **Name:** Marvin A. Glazer
- **Email:** mglazer@cvglaw.com
- **Telephone:** 602-956-7000
- **Address:** 2141 E. Highland Ave.
  Suite 155
  Phoenix, AZ 85016-4762   United States

## Certification
- **Name:** Marvin A. Glazer
- **Date:** February 22, 2012
- **Applicant's Tracking Number:** 6875-CR-13

**Correspondence:** Yes